IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,    :
    :
    :
    :
    :    CRIMINAL ACTION NO.
v.    :    1:20-cr-00335-LMM-JKL-1
    :
AARON SAUL BLAU,    :
    :
    :
Defendant.    :

## ORDER

Defendant Aaron Saul Blau has filed a motion to reduce his sentence under Retroactive U.S. Sentencing Guidelines Amendment 821. Dkt. No. [34]. He correctly argues that there has been a change to the sentencing guidelines that results in the reduction of his criminal history points by one status point. He therefore goes from 11 to 10 criminal history points.

In § 1B1.10 of the Sentencing Guidelines, the Sentencing Commission has identified the amendments which may be applied retroactively and articulated the proper process for doing so. Section 1B1.10(a)(2) provides that "[a] reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if . . . [a]n amendment listed in subsection (d) does not have the effect of lowering the

defendant's applicable guideline range." U.S.S.G. § 1B1.10(a)(2)(B). Among the amendments listed in subsection (d) is Amendment 821. U.S.S.G. § 1B1.10(d).

Because the range for Defendant's criminal history encompasses both a 10 and 11, his criminal history category remains at a level V. Thus, his criminal history level is unchanged, and his guideline range also remains the same. As a result, even though Defendant is entitled to a reduction in his criminal history points, a reduction in his sentence is not authorized.

In accordance with the foregoing, Defendant's motion for a reduction in his sentence, Dkt. No. [34], is **DENIED**.

**IT IS SO ORDERED** this 22nd day of May, 2024.

**Leigh Martin May**
**United States District Judge**

2